THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSHUA DEATH,<br><br>Plaintiff,<br><br>v.<br><br>ECSUPPLY, INC., a corporation organized under the laws of the State of California; and DOES 1-100 inclusive,<br><br>Defendants. | CASE NO. C18-5444-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a case scheduling order (Dkt. No. 59). Having reviewed the motion and the relevant record and finding good cause, the Court GRANTS the motion in part and ORDERS the parties to adhere to the deadlines on the following page.

//

//

//

//

//

MINUTE ORDER
C18-5444-JCC
PAGE - 1

| DEADLINE | DATE |
|---|---|
| Discovery Deadline | October 19, 2020 |
| Discovery Motions Deadline | October 19, 2020 |
| LCR 39.1 Mediation | November 2, 2020 |
| Dispositive Motions Deadline | November 20, 2020 |
| Motions in Limine | January 11, 2021 |
| Proposed Pretrial Order | January 15, 2021 |
| Trial briefs, proposed jury instructions, and proposed voir dire | January 25, 2021 |

DATED this 28th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-5444-JCC
PAGE - 2