THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA DEATH, | CASE NO. C18-5444-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TAMMY ANNE MABRY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Trial in this matter is set for November 7, 2022. (Dkt. No. 66.) However, the deadlines for completing discovery, participating in mediation, and filing dispositive motions passed more than a year ago. (*See* Dkt. No. 61.) The parties' most recent joint status report, filed in July 2021, indicates that they had engaged in discovery, conducted a meditation, and were requesting a November 2022 trial date "to continue discussions of mutual resolution or, alternatively, prepare for a jury trial." (Dkt. No. 64 at 2.) Much time has passed since the parties made that request, much time remains until trial, and it is too late to take further discovery or file dispositive motions.

Accordingly, it is hereby ORDERED that within 14 days of this order, the parties will file a joint status report advising the Court as to the status of negotiations, the possibility of

MINUTE ORDER
C18-5444-JCC
PAGE - 1

settlement, and how they intend to efficiently utilize their remaining time before the currently scheduled trial date.

DATED this 14th day of February 2022.

Ravi Subramanian<br>
Clerk of Court

s/Sandra Rawski<br>
Deputy Clerk