UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA DEATH,<br><br>    Plaintiff,<br><br> v.<br><br>EC SUPPLY, INC. and DOES 1-100,<br><br>    Defendants. | CASE NO. C18-5444 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court hereby sets and resets the following pre-trial deadlines in light of the upcoming trial on November 7, 2022 at 9:00 AM before Judge Pechman:

1. All motions limine must be filed by no later than October 6, 2022, and noted for decision no later than October 21, 2022. See Local Rule 7(d)(4) (setting forth the rules applicable to briefing motions in limine).

2. Agreed Pretrial Order due by October 31, 2022.

3. Trial Briefs due by October 31, 2022.

MINUTE ORDER - 1

4.  Proposed Preliminary Jury Instructions and Voir Dire due by October 31, 2022.

5.  Pretrial Conference will be held on November 3, 2022 at 10:00 AM and conducted remotely via Zoom.

The clerk is ordered to provide copies of this order to all counsel.

Filed September 30, 2022.

                                Ravi Subramanian
                                Clerk of Court

                                s/Serge Bodnarchuk
                                Deputy Clerk

MINUTE ORDER - 2